# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Case No. 3:07-cr-00022-001                                     Date 7/20/07

U.S.A. vs. David Emanuel Cheek, Jr. #2                Counsel Fred Heblich #3
1. (**x**) present   (**x**) custody   ( ) bond   ( ) age          (**x**) present   ( ) retained   (**x**) appointed
                                                       Counsel _____
2. ( ) present   ( ) custody   ( ) bond   ( ) age          ( ) present   ( ) retained   ( ) appointed
                                                       Counsel _____
3. ( ) present   ( ) custody   ( ) bond   ( ) age          ( ) present   ( ) retained   ( ) appointed
                                                       Counsel _____
4. ( ) present   ( ) custody   ( ) bond   ( ) age          ( ) present   ( ) retained   ( ) appointed

PRESENT: HON. B. Waugh Crigler #1 , JUDGE   USPO: Tammy Wellborn

    Joyce Jones                FTR Recording              Ray Fitzgerald #4
    Deputy Clerk               Court Reporter             Asst. U.S. Attorney

**PROCEEDINGS:**

____ Waiver of Indictment filed        ____ Information filed        ____ Waived Appt. of Counsel

____ Arraignment and plea continued to _____

        ____ Juvenile Information filed with Certificate of U.S. Attorney that State Court refuses jurisdiction

**X** Defendant states that true name is  David Emanuel Cheek, Jr.  ____ Given COPY Indictment
    (Information)

____ Defendant waives reading of Indictment-Information    ____ Indictment-information read

**X** Defendant is ARRAIGNED and specifically advised of his rights, pur: Rule 11 F. R. C. P.

____ Defendant moves to CHANGE PLEA         ____ Court grants motion

____ Plea Agreement filed with/stated to Court

____ Defendant is re-arraigned as to Ct(s) _____

____ Continued for plea to _____

____ Court questions defendant regarding his physical and mental condition, and advises defendant of the nature and possible consequences of said plea

____ Court _____ plea of _____

____ Guilty Plea form executed and filed

____ Government _____ evidence to support plea and rests   Witness: _____

____ Court finds defendant guilty as charged in Ct(s) _____

**DEFENDANT PLEADS:**

(list counts)

|   | G | NG | NOLO | DISMISSED ON MOTION OF U.S.A. |
|---|---|----|------|-------------------------------|
| 1. |   | all counts |   |   |
| 2. |   |   |   |   |
| 3. |   |   |   |   |
| 4. |   |   |   |   |

____ Assigned for hearing on pending motions on _____

____ Assigned to calendar of Judge _____ for all further proceedings.

____ Trial set for _____        ____ Continued to _____
        ( ) Jury   ( ) Non-jury                               for setting for trial

____ Court received Presentence Report.           ____ Copy of Presentence Report not requested.

____ Court orders Presentence Report.             ____ Copy of same furnished to counsel.

____ Defendant to remain on bond.                 **X** Defendant remanded to custody.

Case continued until _____ at _____ for sentencing.

Time in Court: 9:48-9:54; 10:18-10:22=10 min.

Initial appearance and Arraignment:

Defendant present in custody.
Court obtains personal identifiers.
Court goes over charges, rights and penalties.
Defendant requests court appointed counsel.
Court goes over financial information from CJA23.
Court will appoint Fred Heblich.
Defendant pleads Not Guilty to all counts.
There is no request for bond at this time.
Government moves for detention.
Defense requests bond hearing. Bond hearing set for July 23, 2007 at 9:15 a.m.
Court enters Order of Detention.
Defendant remanded to custody of U. S. Marshal.